1 | Thomas P. Riley, SBN 194706                                JS-6
    LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
    1114 Fremont Avenue
3 | South Pasadena, CA 91030-3227

4 | Tel:  626-799-9797
    Fax: 626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
    J & J Sports Productions, Inc.

7

8 |               **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. 2:15-cv-02550-WDK-PLA** |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JULIO RODRIGUEZ MUNOZ, individually and d/b/a EL PAISSA MEXICAN GRILL; and EL PAISSA MEXICAN GRILL, INC. an unknown business entity d/b/a EL PAISSA MEXICAN GRILL** |
| vs. | |
| **Julio Rodriguez Munoz, et al.,** | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JULIO RODRIGUEZ MUNOZ, individually and d/b/a EL PAISSA MEXICAN GRILL; and EL PAISSA MEXICAN GRILL, INC. an unknown business entity d/b/a EL PAISSA MEXICAN GRILL, that the above-entitled action is hereby dismissed **without prejudice** against JULIO RODRIGUEZ MUNOZ, individually and d/b/a EL PAISSA MEXICAN GRILL; and EL PAISSA MEXICAN GRILL, INC. an unknown business entity d/b/a EL PAISSA MEXICAN GRILL.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 1, 2015, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____     Dated:_____10/26/15_____
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

**STIPULATION OF DISMISSAL**
**Case No. 2:15-cv-02550-WDK-PLA**
**PAGE 2**